# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-07931 ODW (SSx) | Date | March 2, 2010 |
| Title | One Unnamed Deputy District Attorney, et al. v. County of Los Angeles, et al. | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

Not Present   Not Present

**Proceedings (IN CHAMBERS):**   **Order to Show Cause Re: Sanctions**

   In light of the Court's December 23, 2009 Order [17] and Plaintiffs' request for sanctions [37], Defendants are ordered to show cause, in writing, no later than March 12, 2010 why they should not be sanctioned pursuant to 28 U.S.C § 1927 and the Court's inherent powers for their frivolous and improper filings. The bases for sanctions are those specified in the foregoing documents. Additionally, in response to the Court's request for a specific ordinance warranting the disparity in health care costs, Defendants not only failed to offer a responsive filing, but also took the opportunity to raise new arguments, prompting Plaintiffs to incur additional fees in objecting to Defendants' attempt. The Court will hear the parties' arguments on March 29, 2010 at 3:00 PM.

   **IT IS SO ORDERED.**

|  | -- | : | 00 |
|---|---|---|---|
| | Initials of Preparer | RGN | |