1  Elwood Lui (State Bar No. 45538)
   elui@jonesday.com
2  Brian D. Hershman (State Bar No. 168175)
   bhershman@jonesday.com
3  John S. Sasaki (State Bar No. 202161)
   jssasaki@jonesday.com
4  JONES DAY
   555 South Flower Street
5  Fiftieth Floor
   Los Angeles, CA  90071-2300
6  Telephone:  (213) 489-3939
   Facsimile:   (213) 243-2539
7
   Attorneys for Defendants
8  JANET MOORE, MARIO TRUJILLO and
   LANCE WONG
9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| ONE UNNAMED DEPUTY DISTRICT ATTORNEY; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; et al.,<br><br>Defendants. | **Case No. CV 09-7931 ODW (SSx)**<br><br>**STIPULATION FOR DISMISSAL OF SEVENTH CAUSE OF ACTION ALLEGED IN PLAINTIFFS' FIRST AMENDED COMPLAINT AS AGAINST DEFENDANTS JANET MOORE, MARIO TRUJILLO AND LANCE WONG**<br><br>[Proposed Order Filed Separately Herewith Pursuant To L.R. 52-4.1]<br><br>Discovery Cut-Off Date:  12/13/10<br>Pre-Trial Conf. Date:       2/23/11<br>Trial Date:                        3/15/11 |

LAI-3091373v3

1  **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the Seventh Cause of Action alleged in plaintiffs' First Amended Complaint shall be dismissed, without prejudice, as against defendants JANET MOORE, MARIO TRUJILLO and LANCE WONG.

Dated: August 19, 2010:            **JONES DAY**


                                   By  /s/ John S. Sasaki
                                   Attorneys for Defendants
                                   JANET MOORE, MARIO TRUJILLO
                                   and LANCE WONG

Dated: August 19, 2010:            **MATTHEW G. MONFORTON**


                                   /s/ Matthew G. Monforton
                                   Attorney for Plaintiffs
                                   ONE UNNAMED DEPUTY DISTRICT
                                   ATTORNEY and ASSOCIATION OF
                                   DEPUTY DISTRICT ATTORNEYS

LAI-3091373v3