1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE UNNAMED DEPUTY DISTRICT ATTORNEY, et al., | Case No. CV 09-7931 JCG [Lead Case] |
| Plaintiffs, | Case No. CV 10-6414 JCG [Consolidated with Case No. CV 09-7931] |
| v. | |
| COUNTY OF LOS ANGELES, et al., | **JUDGMENT** |
| Defendants. | |
| | TRIAL:  December 4, 2012 |
| HYATT SELIGMAN, | |
| Plaintiff, | |
| v. | |
| COUNTY OF LOS ANGELES; et al., | |
| Defendants. | |

This action was tried by a jury with the Honorable Jay C. Gandhi presiding, and the jury has rendered a verdict.

Pursuant to and in accordance with the verdict of the jury, judgment is hereby entered in favor of defendants Steve Cooley and County of Los Angeles and against plaintiffs Hyatt Seligman and Steve Ipsen.

1  It is hereby ordered that plaintiffs Hyatt Seligman and Steve Ipsen recover
2  nothing, that the action be dismissed on the merits, and that defendants Steve
3  Cooley and County of Los Angeles recover costs from plaintiffs Hyatt Seligman
4  and Steve Ipsen.

6  Dated: January 7, 2013

_____
Jay C. Gandhi
United States Magistrate Judge